SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SURGE STAFFING, LLC**
c/o Incorp Services, Inc.
9435 Waterstone Boulevard, Suite 140
Cincinnati, Ohio 45249

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6204 0220 5385 30

2. Article Number *(Transfer from service label)*

7018 0040 0000 7903 3882

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X [signature]

☐ Agent
☒ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

*JUN - 9 2021*
*FILED*

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT*
*TOLEDO*

PS Form 3811, July 2020 PSN 7530-02-000-9053    3:21CV1074    Domestic Return Receipt



USPS TRACKING #

CINCINNATI OH 452

9 JUN 2021 PM 4 L

9590 9402 6204 0220 5385 30

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

Northern District of Ohio
Western Division
1716 Spielbusch Avenue
Toledo, Ohio 43604
ATTN: CLERK OF COURTS