# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JAMAL SPURLOCK, | ) CASE NO.: 3:21-CV-01074 |
| Plaintiff, | ) JUDGE JAMES R. KNEPP II |
| v. | ) |
| PALLETSOURCE, INC., et al., | ) **AMENDED STIPULATED NOTICE OF DISMISSAL** |
| Defendants. | ) |

Plaintiff Jamal Spurlock and Defendants Palletsource, Inc., Surge Staffing, LLC, and Tracy Trimble, by and through their respective counsel, hereby stipulate that all of Plaintiff's claims in the within action are hereby dismissed *with prejudice* against *all* Defendants. Plaintiff and Defendants each to bear their own court costs. Court to retain jurisdiction to ensure the Parties comply with the Agreement reached between the Parties.

| | |
|---|---|
| /s/*Fred M Bean* | /s/*Jolene S. Griffith* |
| Fred M. Bean (0086756) | Gary S. Batke (0030329) |
| Taurean J. Shattuck (0097364) | Jolene S. Griffith (0084940) |
| The Spitz Law Firm, LLC | Christopher B. Burch (0087852) |
| 25825 Science Park Drive, Suite 200 | BAILEY CAVALIERI LLC |
| Beachwood, OH 44122 | 10 West Broad Street, Suite 2100 |
| Telephone: 216.291.4744 | Columbus, Ohio 43215 |
| Fax: 216.291.5744 | Telephone: 614-221-3155 |
| Email: fred.bean@spitzlawfirm.com | Facsimile: 614-221-0479 |
| Taurean.shattuck@spitzlawfirm.com | gbatke@baileycav.com |
| | jgriffith@baileycav.com |
| *Attorneys for Plaintiff Jamal Spurlock* | cburch@baileycav.com |
| | Attorneys for Defendant Surge Staffing |

*/s/ Thomas D. Jackson*
JOSEPH N. GROSS (0056241)
THOMAS D. JACKSON (0098911)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216-363-4500
Facsimile: 216-363-4588
 jgross@beneschlaw.com
tjackson@beneschlaw.com

Attorneys for Defendant PalletSource, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2021, a copy of the foregoing was filed via the Court's electronic system and made available to all parties in this matter.

*/s/ Fred M. Bean*
Fred M. Bean (0086756)
Taurean J. Shattuck (0097364)