Approved.
IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| JAMAL SPURLOCK, | ) | CASE NO.: 3:21-CV-01074 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES R. KNEPP II |
| | ) | |
| v. | ) | |
| | ) | **AMENDED STIPULATED NOTICE OF** |
| PALLETSOURCE, INC., et al., | ) | **DISMISSAL** |
| | ) | |
| Defendants. | ) | |

Plaintiff Jamal Spurlock and Defendants Palletsource, Inc., Surge Staffing, LLC, and Tracy Trimble, by and through their respective counsel, hereby stipulate that all of Plaintiff's claims in the within action are hereby dismissed *with prejudice* against *all* Defendants. Plaintiff and Defendants each to bear their own court costs. Court to retain jurisdiction to ensure the Parties comply with the Agreement reached between the Parties.

/s/*Fred M Bean*
Fred M. Bean (0086756)
Taurean J. Shattuck (0097364)
The Spitz Law Firm, LLC
25825 Science Park Drive, Suite 200
Beachwood, OH 44122
Telephone: 216.291.4744
Fax: 216.291.5744
Email: fred.bean@spitzlawfirm.com
Taurean.shattuck@spitzlawfirm.com

*Attorneys for Plaintiff Jamal Spurlock*

/s/*Jolene S. Griffith*
Gary S. Batke (0030329)
Jolene S. Griffith (0084940)
Christopher B. Burch (0087852)
BAILEY CAVALIERI LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Telephone: 614-221-3155
Facsimile: 614-221-0479
gbatke@baileycav.com
jgriffith@baileycav.com
cburch@baileycav.com

Attorneys for Defendant Surge Staffing